**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 11th day of October, two thousand and eleven.

Before:   Joseph M. McLaughlin,
          Peter W. Hall,
              *Circuit Judges.*

---

OPEN SPACE INSTITUTE, INC., OPEN SPACE CONSERVANCY, INC., AUDUBON SOCIETY OF NEW HAMPSHIRE,

      *Plaintiffs-Appellants*,

v.

AMERICAN ELECTRIC POWER COMPANY INC., AMERICAN ELECTRIC POWER SERVICE CORPORATION, SOUTHERN COMPANY, TENNESSEE VALLEY AUTHORITY, XCEL ENERGY, INC., AND CINERGY CORPORATION,

      *Defendants-Appellees.*

**ORDER**

Docket No. 05-5119-cv

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 12, 2011

---

Upon consideration of Appellants' letter motion dated September 2, 2011, seeking an order of this court remanding the case to the United States District Court for the Southern District of New York so that Appellants may withdraw their complaint, it is hereby ORDERED that the motion is GRANTED, and the case is REMANDED to the District Court. The mandate shall issue forthwith.

        FOR THE COURT:
        CATHERINE O'HAGAN WOLFE, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/11/2011