UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **OPEN SPACE INSTITUTE, INC., et al.,**<br><br>      **Plaintiffs,**<br><br>  - against -<br><br>**AMERICAN ELECTRIC POWER CO., INC., et al.,**<br><br>      **Defendants.** | Case No. 04-CV-05670 (LAP) (DFE) (ECF Case) |

## NOTICE OF DISMISSAL

The plaintiffs hereby dismiss the above-captioned action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

December 6, 2011.

          /s/ Matthew F. Pawa\_\_\_
          Matthew F. Pawa
          Pawa Law Group, P.C.
          1280 Centre Street, Suite 230
          Newton Centre, MA 02459
          (617) 641-9550

          David D. Doniger
          Natural Resources Defense Council
          1152 15th Street NW, Suite 300
          Washington, DC 20005
          (202) 289-1060

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above Notice of Dismissal was served upon the attorney of record for each other party by transmission of the Notice of Electronic Filing through the court's transmission facilities.

<u>/s/ Matthew F. Pawa</u>
Matthew F. Pawa